UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| BARRY LEE ARRINGTON ) | |
| SUZANNE ELIZABETH ARRINGTON ) | CASE NO. R11-43448-PWB |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: BARRY LEE ARRINGTON & SUZANNE ELIZABETH ARRINGTON
Check Number: 2577355
Check Date: 1/19/2016
Check Amount: $3,535.29

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, January 27, 2016, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

KHANO & ASSOCIATES, LLC
58 SOUTH PARK SQUARE NE
SUITE N
MARIETTA,, GA 30060

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063   622149
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110